

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Jack Lee Bishop, individually and as trustee of the Jack Lee Bishop Trust, and Jennie Bishop Cherry, individually and as trustee of the Jennie Bishop Trust,

\* From the 266th District Court of Erath County Trial Court No. CV32823.

Vs. No. 11-19-00051-CV

\* August 1, 2019

Joel Bishop, individually and as trustee of the Jay D. Bishop Trust and as independent executor of the Estate of Jay D. Bishop, deceased, et al.,

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has considered Jennie Bishop Cherry's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed in part. The appeal remains active as to Jack Lee Bishop, individually and as trustee to the Jack Lee Bishop Trust. The costs incurred by reason of the dismissed portion of this appeal are taxed against the party incurring same.